In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00066-CV
_____

TRISHA WAKAT SHAFER, Appellant

V.

JACK NEWTON SHAFER, Appellee

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 12-07-07703 CV

MEMORANDUM OPINION

The trial court signed a final order denying a bill of review on November 2, 2012. The appellant, Trisha Wakat Shafer, filed a notice of appeal on February 4, 2013. We questioned our jurisdiction, and the parties filed responses. Appellant contends she delayed filing her notice of appeal because the appellee, Jack Newton Shafer, had filed a motion for a protective order and neither that motion nor her motion for a change of venue had been set for a hearing. *See generally* Tex. R. Civ. P. 215.1, 257. An order denying a bill of review is a final judgment on the merits

1

that decides the parties' rights and liabilities based on the ultimate facts disclosed by the pleadings. *See HSBC Bank USA, N.A. v. Watson*, 377 S.W.3d 766, 771 (Tex. App.—Dallas 2012, pet. filed). The appellate timetable commenced from the date the trial court signed the order denying the bill of review. *See Cottone v. Cottone*, 122 S.W.3d 211, 213-14 (Tex. App.—Houston [1st Dist.] 2003, no pet.). Notice of appeal was due December 3, 2012. *See* Tex. R. App. P. 26.1. Appellant failed to timely perfect her appeal. We dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered April 4, 2013
Before McKeithen, C.J., Gaultney and Kreger, JJ.